1056

## SMITH v. STATE. (No. 12840.)

Court of Criminal Appeals of Texas. Oct. 16, 1929.

Caven & Caven, of Marshall, for appellant. John E. Taylor, Co. Atty., of Marshall, and A. A. Dawson, State's Atty., of Austin, for the State.

MARTIN, J. Offense, the unlawful transportation of intoxicating liquor; penalty, one year.

The record is bare of any statement of facts or bill of exceptions, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.